STATE OF NEW JERSEY v. VICTOR LEANDRY.

September 27, 1977. Petition for certification denied. (See 151 *N. J. Super.* 92)

STATE OF NEW JERSEY v. VICTOR LEANDRY.

September 27, 1977. Cross-petition for certification denied. (See 151 *N. J. Super.* 92)

STATE v. HARVEY R. MADDEN.

September 27, 1977. Petition for certification denied.

WILDLIFE PRESERVES, INC. v.
TOWNSHIP OF PARSIPPANY TROY HILLS.

September 27, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE EDWARD AWKWARD.

September 27, 1977. Petition for certification denied.

IRVING SAVINGS AND LOAN ASSOCIATION v.
FIDELITY AND DEPOSIT COMPANY OF MARYLAND.

September 27, 1977. Petition for certification denied.